# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 AUG -5 P 3: 06

CLERK OF COURT

(Full name of plaintiff(s))

Quinn Morgan Henigan (underwritten)
PROPOSED ORDER AUTHORIZING
3020 N. Maryland Ave

v.

(Full name of defendant(s)) Bryant and Stratton

(PART) Quinn Morgan Henigan SR
Covid vaccine (Water Edge LLC) Aggrement
Media    2760 N. 41st Street
         Milwaukee WI 53204

Case Number:

**26-C-1343**

(to be supplied by Clerk of Court)

---

A. PARTIES

1. Plaintiff is a citizen of __Illinois__ and resides at
   (State)

   __3020 N. Maryland ave, Milwaukee, WI 53211__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Radiation Research Foresic's,__
   Redacted Name                    (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___Illinois___
(State, if known)

and (if a person) resides at ___Biometric location___
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Supena Data___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

This Matter Final Payment. No publications ARE Free Notice. Beginning today 8/4/26

Complaint – 2



Complaint – 3

C. JURISDICTION

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Agreement Dated by Court United States district Judge.

I been discriminated against because of Color.

I am willing to accept all money back from tarrifs.

I'll split 4% of stock to the federal Democracy party. A letter from Cenk Stating I can vote.

E.  JURY DEMAND

I want a jury to hear my case.

☐ – YES      ☒ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____5____ day of ____August____ 20_26_.

Respectfully Submitted,

_____
Signature of Plaintiff

_____+414 - 518 - 7239_____
Plaintiff's Telephone Number

_____N/A_____
Plaintiff's Email Address

_____3026 N. Maryland Ave Apt.1_____
_____Milwaukee, WI 53299_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.